FILED

08 AUG 13 PM 3:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  ECL        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

08 CR 2700 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JOSE MARTINEZ-LUCAS, | |
| Defendant. | |

The grand jury charges:

On or about May 23, 2008, within the Southern District of California, defendant JOSE MARTINEZ-LUCAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

JPME:fer:San Diego
8/11/08

1  It is further alleged that defendant JOSE MARTINEZ-LUCAS was
2  removed from the United States subsequent to May 18, 2007.
3  DATED: August 13, 2008.

A TRUE BILL:

_/s/_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _/s/_____
JAMES P. MELENDRES
Assistant U.S. Attorney