1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED

08 AUG 13 PM 3:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. '08 CR 2700 LAB |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| JOSE MARTINEZ-LUCAS, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jose Martinez-Lucas</u>, Criminal Case No. 08CR2055LAB.

DATED: August 13, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney